# CIVIL MINUTES – GENERAL

Case No. **2:18-cv-00768-CJC (AFM)**  Date: **May 8, 2019**

Title **Rennie Norelli v. Scott Kernan, et al.**

Present: The Honorable: ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Kerri Hays for Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff: N/A

Attorneys Present for Defendants: N/A

**Proceedings (In Chambers): Order to Show Cause**

On March 7, 2019, the Court dismissed plaintiff's Second Amended Complaint with Leave to Amend ("Order") and advised plaintiff that if he desired to pursue the action he may file a Third Amended Complaint remedying the pleading deficiencies discussed in the Order by April 6, 2019. (ECF No. 29.) Plaintiff was admonished that if he failed to timely file a Third Amended Complaint, the Court would recommend that the action be dismissed without leave to amend and with prejudice on the grounds set forth in the Order and for failure to prosecute. The docket shows that, as of the date of this Order, plaintiff has not filed a Third Amended Complaint.

Accordingly, IT IS ORDERED that no later than **May 21, 2019**, plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute and on the grounds set out in the March 7, 2019 Order. The filing of a Third Amended Complaint by **May 21, 2019** shall discharge the Order to Show Cause. Further, plaintiff is admonished that if he fails to timely and adequately respond to this Order to Show Cause, the Court will recommend that this action be dismissed without leave to amend and with prejudice.

IT IS SO ORDERED.

:

**Initials of Preparer**  ib